UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VI KIET VICTOR DIEP,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et. al.,

Respondents.

No. 1:26-cv-01664-DC-DMC (HC)

ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 7, 14)

Petitioner, an immigration detainee who is proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 29, 2026, the Magistrate Judge filed amended findings and recommendations herein which were served on the parties, and which contained notice that any objections to the amended findings and recommendations must be filed within seven days. (Doc. No. 14.) Neither party filed objections to the amended findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. However, consistent with this court's previous decisions, the

court finds that requiring Respondents to provide a bond hearing, rather than immediately release Petitioner, is the appropriate relief under the circumstances of this case where Petitioner is mandatorily detained pursuant to § 1226(c). *See Singh v. Chestnut*, No. 1:26-cv-00127-DC-SCR, 2026 WL 766567, at *1 (E.D. Cal. Mar. 18, 2026) (granting habeas petition and ordering a bond hearing for a petitioner who was detained under § 1226(c) for over fifteen months without a bond hearing); *see also M.M. v. Bondi*, No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026) (granting temporary restraining order and ordering bond hearing before an immigration judge for a petitioner who had not received any such hearing during approximately sixteen months of mandatory detention under § 1225(b)); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026) (granting temporary restraining order and ordering a second bond hearing where nine months had elapsed since the petitioner had received a bond hearing during their mandatory detention under § 1225(b)).

Accordingly, IT IS HEREBY ORDERED as follows:

1. The amended findings and recommendations filed July 29, 2026 (Doc. No. 14), are ADOPTED IN PART;

2. Petitioner Vi Kiet Victor Diep's (A-023-747-290) petition for a writ of habeas corpus (Doc. No. 1), is GRANTED;

3. Within seven (7) days of the date of entry of this order, Respondents are ORDERED to provide Petitioner a bond hearing before an immigration judge, at which the government bears the burden of showing by clear and convincing evidence that Petitioner is either a flight risk or danger to the community to justify his continued detention;

4. Within eight (8) days of the date of entry of this order, Respondents must file a notice with the court certifying compliance with this order;

5. Respondents' motion to dismiss (Doc. No. 7) is DENIED;

6. The Clerk of the Court is directed to serve a copy of this order on the California City Immigration Processing Center; and

/////

/////

7. The Clerk of the Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **August 14, 2026**

Dena Coggins
United States District Judge